## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| PATRICK T. DALEY, SR., | : | CASE #15-14736/amc |
| Debtor. | : | **NOTICE OF APPLICATION FOR COMPENSATION AND** |
| | : | **REIMBURSEMENT OF EXPENSES** |

TO:    All Creditors & Parties in Interest (See Service List)

Notice is hereby given that:

1.    Robert N. Braverman, Esquire, attorney for debtor, has filed an Application for Compensation And Reimbursement of Expenses for services rendered on behalf of the debtor in the within proceedings for the period June 16, 2015 through June 30, 2016, in the amount of $3,500.00 in compensation ($1,500.00 previously received, $2,000.00 through Plan) and $310.00 for costs ($310.00 previously received).

2.    The debtor paid to the Applicant the sum of $1,500.00 as a retainer prior to the filing of the Voluntary Petition.

3.    Any creditor or party in interest who objects to the allowance of the compensation requested should file written objections with the Clerk of the Bankruptcy Court, 31326 United States Courthouse, 900 Market Street, Suite #400, Philadelphia, PA 19107 and serve a copy upon the applicant, whose name and address appears below, on or before twenty (20) days from the date of this Notice. Thereupon, the Court shall schedule a hearing on any such objection.

4.    In the absence of the filing of objections, the Court may, upon consideration of the record, grant Applicant's request for compensation and costs.

<br>

                                                                              LAW OFFICE OF ROBERT BRAVERMAN, LLC
                                                                              Attorneys for Debtor,

                                                                              By: /s/ Robert N. Braverman
DATED:     July 21, 2016                                         ROBERT N. BRAVERMAN, ESQUIRE

Robert N. Braverman, Esquire (I.D. 38312)
LAW OFFICE OF ROBERT BRAVERMAN, LLC
1515 Market Street, 15th Floor
Phila., PA 19102
(215) 928-9199
Attorneys for Debtor

Internal Revenue Service
Attn: Bkrtcy Dept.
600 Arch Street
Phila., PA 19106

William C. Miller, Ch. 13 Trustee
PO Box 1229
Phila., PA 19105

Xerox Solutions
100 American Metro, Blvd #101
Trenton NJ 08619

HomeBridge Financial Services, Inc. c/o
Cenlar FSB
425 Phillips Blvd
Ewing, NJ 08618

Cenlar, FSB c/o
Andrew F. Gornall, Esquire
KML Law Group
701 Market Street, Suite 5000
Phila., PA 19106

Pennsylvania Department of Revenue
Bankruptcy Division
Attn: Hiroo Sharma
PO Box 280946
Harrisburg, PA 17128-0946

City of Philadelphia - Traffic Court
Honorable Gary S. Glazer, Admin. Judge
800 Spring Garden Street
Philadelphia, PA 19123

PHEAA
Attn: Aaron Morrison, Manager
PO Box 8147
Harrisburg, PA 17105

AT&T Mobility II LLC c/o
AT&T Services, Inc
Attn: Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921

Philadelphia Gas Works
Attn: John LePera, Collections Clerk
Bankruptcy Dept 3-F
800 W Montgomery Ave.
Phila Pa, 19122

Philadelphia Parking Authority
Attn: Amanda Potter, Sec'y
701 Market St., Suite 5400
Philadelphia, PA 19106

Sprint
Attn Michelle O'Brien, Bkrtcy. Analyst
PO Box 7949
Overland Park KS 66207-0949

American InfoSource LP
Agent for Verizon
Attn: Amanda Matchett, Paralegal
PO Box 248838
Oklahoma City, OK 73124-8838

FCDB NPSL Trust 2010-1 c/o
Weltman, Weinberg & Reis Co., LPA
Attn: Keri, P. Ebeck, Esquire
PO Box 93784
Cleveland, OH 44101

Arcadia Recovery Bureau
Attn: Chae Rivera
PO Box 6768
Wyomissing, PA 19610

American InfoSource LP as agent for
DIRECTV, LLC
Attn: Amanda Matchett, Paralegal
PO Box 51178
Los Angeles, CA 90051-5478

City of Philadelphia (Water/Sewer/Taxes)
Law Department Tax Unit
Attn Marissa O'Connell, Div. City Solicitor
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

Verizon Communication
PO Box 49
Lakeland FL 33802

Internal Revenue Service
PO Box 7346
Phila., PA 19101

AES/PHEAA
1200 N. 7th Street
Harrisburg, PA 17102

Capital One c/o
Portfolio Recovery
120 Corporate Blvd.
Norfolk, VA 23502

City of Philadelphia
Parking Violations Branch
PO Box 41818
Phila., PA 19101

ConServe
200 CrossKeys Office Park
Fairport NY 14450

Diversified Consultants
10550 Deerwood Park Blvd. 309
Jacksonville FL 32256

Eastern Account System
75 Glen Road, Suite #110
Sandy Hook CT 06482

HSBC Bank
PO Box 9
Buffalo NY 14240

Performant Financial
333 N. Canyon Parkway
Livermore CA 94551

Portfolio Recovery
120 Corporate Blvd., Suite 1
Norfolk VA 23502

Sprint
PO Box 4181
Carol Stream IL 60197

Verizon
500 Technology Drive, Suite #30
Weldon Spring MO 63304