## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| PATRICK T. DALEY, SR., | : | CASE #15-14736/AMC |
| Debtor. | : | Hearing Date:  04/24/2018 @ 11:00 |

PATRICK T. DALEY, SR., debtor herein, by and through his attorneys, the Law Office of Robert Braverman, LLC, hereby objects to the Motion for Relief from Stay filed on behalf of HomeBridge Financial Services, Inc. as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Denied.
7. Denied.
8. Denied.
9. Denied.
10. Denied.
11. Admitted.

WHEREFORE, debtor demands that the Motion for Relief from Stay filed on behalf of HomeBridge Financial Services, Inc. be DENIED.

LAW OFFICE OF ROBERT BRAVERMAN, LLC
Attorneys for Debtor,

By: /s/ Robert N. Braverman
ROBERT N. BRAVERMAN, ESQUIRE

DATED:    April 6, 2018