# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 15-14736-AMC

PATRICK T DALEY, SR.

321 LONEY STREET

PHILADELPHIA, PA 19111-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    PATRICK T DALEY, SR.

    321 LONEY STREET

    PHILADELPHIA, PA 19111-

Counsel for debtor(s), by electronic notice only.

    ROBERT N BRAVERMAN
    LAW OFFICE OF ROBERT BRAVERMAN
    1060 N. KINGS HIGHWAY  SUITE 333
    CHERRY HILL, NJ 08034-

                                                          /S/ William C. Miller

Date: 9/17/2019                              _____

                                                           William C. Miller, Esquire
                                                           Chapter 13 Standing Trustee