# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 15-14736-AMC

PATRICK T DALEY, SR.

321 LONEY STREET

PHILADELPHIA, PA 19111-

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

PATRICK T DALEY, SR.

321 LONEY STREET

PHILADELPHIA, PA 19111-

Counsel for debtor(s), by electronic notice only.

ROBERT N BRAVERMAN
LAW OFFICE OF ROBERT BRAVERMAN
1060 N. KINGS HIGHWAY  SUITE 333
CHERRY HILL, NJ 08034-

                              /S/ William C. Miller

Date: 1/15/2020

                              _____
                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee