```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                    Case No. 15-14736-amc
Patrick T Daley, Sr.                                      Chapter 13
         Debtor                   CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett             Page 1 of 2                  Date Rcvd: Feb 21, 2020
                              Form ID: 167                Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db             +Patrick T Daley, Sr.,    321 Loney Street,    Philadelphia, PA 19111-2235
cr              ECMC,   PO BOX 16408,    SAINT PAUL, MN 55116-0408
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    c/o Shellpoint Mortgage Servicing,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826
13557407        AES/PHEAA,    1200 N. 7th Street,   Harrisburg, PA 17102-1419
13644214        American InfoSource LP as agent for,    DIRECTV, LLC,   PO Box 51178,
                 Los Angeles, CA 90051-5478
13625939       +Arcadia Recovery Bureau,    PO BOX 6768,   Wyomissing, PA 19610-0768
13557409       +Capital One c/o,    Portfolio Recovery,   120 Corporate Blvd.,   Norfolk, VA 23502-4952
13557410       +Cenlar,    PO Box 77404,   Ewing, NJ 08628-6404
13557412       +City of Philadelphia,    Traffic Court,   800 Spring Garden Street,
                 Philadelphia, PA 19123-2690
13557413       +ConServe,    200 CrossKeys Office Park,   Fairport, NY 14450-3510
13838721        ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
13557418       +HSBC Bank,    PO Box 9,   Buffalo, NY 14240-0009
13621691       +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,   425 Phillips Blvd,
                 Ewing, NJ 08618-1430
13557417       +Homebridge Financial Services c/o,    KLM Law Group PC,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14246537       +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC 29603-0826
14415806       +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    c/o Shellpoint Mortgage Servicing,
                 c/o MICHAEL J. SHAVEL,    Hill Wallack, LLP,   777 Township Line Road, Suite 250,
                 Yardley, PA 19067-5565
13573376       +PHEAA,    PO BOX 8147,   HARRISBURG PA 17105-8147
13557420       +Performant Financial,    333 N. Canyon Parkway,   Livermore, CA 94551-9478
13579989       +Philadelphia Gas Works,    800 W Montgomery Ave,   Phila pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13582712      #+Robert N. Braverman, Esquire,    Law Office of Robert Braverman, LLC,
                 1060 N. Kings Hwy., Suite #333,    Cherry Hill, NJ 08034-1910
13557425       +Xerox Solutions,    100 American Metro, Blvd #101,   Trenton, NJ 08619-2319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13574984       +E-mail/Text: g20956@att.com Feb 22 2020 03:25:27      AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
13596115        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 22 2020 03:28:55
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
13557408        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 22 2020 03:29:05      Capital One,
                 PO Box 85520,    Richmond, VA 23285
13652066        E-mail/Text: megan.harper@phila.gov Feb 22 2020 03:25:22      City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13557411       +E-mail/Text: bankruptcy@philapark.org Feb 22 2020 03:25:33      City of Philadelphia,
                 Parking Violations Branch,    P.O. Box 41818,   Philadelphia, PA 19101-1818
13557414       +E-mail/Text: bankruptcynotices@dcicollect.com Feb 22 2020 03:25:27      Diversified Consultant,
                 10550 Deerwood Park Blvd.,    Jacksonville, FL 32256-0596
13557415       +E-mail/Text: bankruptcynotices@dcicollect.com Feb 22 2020 03:25:27      Diversified Consultants,
                 10550 Deerwood Park Blvd. 309,    Jacksonville, FL 32256-2805
13601601       +E-mail/Text: BKRMailOps@weltman.com Feb 22 2020 03:24:40      FCDB NPSL TRUST 2010-1,
                 C/O WELTMAN, WEINBERG & REIS CO., LPA,    P.O. BOX 93784,   CLEVELAND, OH 44101-5784
13557419        E-mail/Text: sbse.cio.bnc.mail@irs.gov Feb 22 2020 03:23:46      Internal Revenue,
                 Centralized Insolvency Operations,    PO Box 21126,   Philadelphia, PA 19114
13557421        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2020 03:47:46
                 Portfolio Recovery,    120 Corporate Blvd., Suite 1,   Norfolk, VA 23502
13578797        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 22 2020 03:24:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13580284       +E-mail/Text: bankruptcy@philapark.org Feb 22 2020 03:25:33      Philadelphia Parking Authority,
                 701 Market St.,   Suite 5400,    Philadelphia, PA 19106-2895
13580783        E-mail/Text: appebnmailbox@sprint.com Feb 22 2020 03:24:33      Sprint,   Attn Bankruptcy Dept,
                 PO Box 7949,    Overland Park KS 66207-0949
13557422        E-mail/Text: appebnmailbox@sprint.com Feb 22 2020 03:24:33      Sprint,   P.O. Box 4181,
                 Carol Stream, IL 60197-4181
13557423       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 22 2020 03:23:29
                 Verizon,   500 Technology Drive, Suite #30,    Weldon Spring, MO 63304-2225
13557424       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 22 2020 03:23:30
                 Verizon Communication,    PO Box 49,   Lakeland, FL 33802-0049
                                                                                             TOTAL: 16
```

```
District/off: 0313-2          User: Antoinett            Page 2 of 2                  Date Rcvd: Feb 21, 2020
                              Form ID: 167               Total Noticed: 37

                ***** BYPASSED RECIPIENTS (continued) *****

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC 29603-0826
13711468*      +Internal Revenue Service,    PO Box 7346,    Phila., PA 19101-7346
13557416     ##+Eastern Account System,    75 Glen Road, Suite #110,    Sandy Hook, CT 06482-1175
                                                                                             TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    HomeBridge Financial Services, Inc.
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              MICHAEL J. SHAVEL    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               mshavel@hillwallack.com, jrydzewski@HillWallack.com;skenny@hillwallack.com
              MICHAEL J. SHAVEL    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing mshavel@hillwallack.com, jrydzewski@HillWallack.com;skenny@hillwallack.com
              REBECCA ANN SOLARZ    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              ROBERT NEIL BRAVERMAN    on behalf of Debtor Patrick T Daley, Sr. rbraverman@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowellleg
               al.com;lwood@mcdowelllegal.com
              THOMAS I. PULEO    on behalf of Creditor    HomeBridge Financial Services, Inc.
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Patrick T Daley, Sr.
    Debtor(s)

Case No: 15−14736−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default and
Objection to Certification of Default

    on: 3/17/20

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 2/21/20

Timothy B. McGrath
Clerk of Court

78 − 75, 77
Form 167