UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| IN RE:<br>**Patrick T Daley, Sr.**<br>       Debtors | CHAPTER 13<br><br>CASE NO.: 15-14736-amc |

### ORDER FOR RELIEF

AND NOW, this _____ day of _____, 2020, upon the Motion of **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING** ("Movant"), and after Notice of Default and the filing of a Certification of Default, it is,

ORDERED AND DECREED THAT: The automatic stay of all proceedings, as provided by 11 U.S.C. § 362(a) is modified with respect to premises, 321 Loney Street, Philadelphia, PA 19111 as more fully set forth in the legal description attached to said mortgage, to allow the Movant to foreclose on its mortgage or take any legal or consensual action enforcement of its right to possession of, or title to, said premises (such actions may include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; and it is further;

**Date: March 17, 2020**

_____
Ashely M. Chan, USBJ

{Y0602217; 1}