United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patrick T Daley, Sr.  
     Debtor

Case No. 15-14736-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Mar 17, 2020  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2020.  
db           +Patrick T Daley, Sr.,    321 Loney Street,    Philadelphia, PA 19111-2235

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2020 at the address(es) listed below:  
         ANDREW F GORNALL    on behalf of Creditor   HomeBridge Financial Services, Inc.  
          agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         MICHAEL J. SHAVEL    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing  
          mshavel@hillwallack.com,  jrydzewski@HillWallack.com;skenny@hillwallack.com  
         MICHAEL J. SHAVEL    on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint Mortgage  
          Servicing mshavel@hillwallack.com,  jrydzewski@HillWallack.com;skenny@hillwallack.com  
         REBECCA ANN SOLARZ    on behalf of Creditor   HomeBridge Financial Services, Inc.  
          bkgroup@kmllawgroup.com  
         ROBERT NEIL BRAVERMAN    on behalf of Debtor Patrick T Daley, Sr. rbraverman@mcdowelllegal.com,  
          kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com  
         THOMAS I. PULEO    on behalf of Creditor   HomeBridge Financial Services, Inc.  
          tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                 TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

IN RE:
**Patrick T Daley, Sr.**
    Debtors

CHAPTER 13

CASE NO.: 15-14736-amc

**ORDER FOR RELIEF**

    AND NOW, this _____ day of _____, 2020, upon the Motion of **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING** ("Movant"), and after Notice of Default and the filing of a Certification of Default, it is,

    ORDERED AND DECREED THAT: The automatic stay of all proceedings, as provided by 11 U.S.C. § 362(a) is modified with respect to premises, 321 Loney Street, Philadelphia, PA 19111 as more fully set forth in the legal description attached to said mortgage, to allow the Movant to foreclose on its mortgage or take any legal or consensual action enforcement of its right to possession of, or title to, said premises (such actions may include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; and it is further;

**Date: March 17, 2020**

_____
Ashely M. Chan, USBJ

{Y0602217; 1}