# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 15-14736-AMC

PATRICK T DALEY, SR.

321 LONEY STREET

PHILADELPHIA, PA 19111-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PATRICK T DALEY, SR.

    321 LONEY STREET

    PHILADELPHIA, PA 19111-

Counsel for debtor(s), by electronic notice only.

    ROBERT N BRAVERMAN, ESQ
    MCDOWELL LAW PC
    46 WEST MAIN STREET
    MAPLE SHADE, NJ 08002-

Date: 5/12/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee