Certificate Number: 15111-PAE-DE-034827560

Bankruptcy Case Number: 15-14736



15111-PAE-DE-034827560

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>August 30, 2020</u>, at <u>1:47</u> o'clock <u>PM EDT</u>, <u>Patrick Thomas Daley Sr.</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 30, 2020</u>          By:   <u>/s/Ryan McDonough</u>

Name:  <u>Ryan McDonough</u>

Title:  <u>Executive Director of Education</u>