# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Patrick T Daley, Sr.**
Debtor(s)

Case No. **15-14736**
Chapter **13**

## DOMESTIC SUPPORT OBLIGATION DISCLOSURE FORM

### Section 1: to be completed by all debtors:

Date: **August 24, 2020**
Debtor: **Patrick T Daley, Sr.**
SS No. **xxx-xx-1840**

Case No. **15-14736**
Co-Debtor:
SS No.

Are you responsible for any Domestic Support Obligations described in 11 U.S.C. §101(14A) [debt owed to or recoverable by spouse, former spouse, child, child's guardian or governmental unit in the nature of alimony, maintenance or support?]

Debtor: yes ___ no **X**   Co-Debtor: yes ___ no ___

If your answer is "No" skip to Section 3 at the bottom of this form and sign. If your answer is "Yes", please complete Section 2 and sign at the bottom.

### Section 2: to be completed only if you answered "yes" above:

Debtor's current marital status:
Married ___ Divorced ___
Separated ___ Widowed ___

Co-debtor's current marital status:
Married ___ Divorced ___
Separated ___ Widowed ___

Name of person support is sent to: ___
Complete Address: ___
City ___ State ___ Zip ___
Phone ___

Are support payments deducted from your paycheck? ___
Provide the State Agency Information:
Agency Name: ___
Address: ___
City: ___ State ___ Zip ___

Names of creditors for any debts that will not be discharged or that you will reaffirm:

Identify your Employer Name and Address:
EAS Carpenters
1803 Spring Garden St
Phila PA 19111

### Section 3: To be signed by all debtors

I swear or affirm under penalty of perjury pursuant to 28 USC § 1746 that the information provided herein is true, correct and complete.

Debtor  /s/ Patrick T Daley, Sr.
Patrick T Daley, Sr.

Co-Debtor