United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-14736-elf |
| Patrick T Daley, Sr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick T Daley, Sr., 321 Loney Street, Philadelphia, PA 19111-2235 |
| cr | | ECMC, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Shellpoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 13557407 | | AES/PHEAA, 1200 N. 7th Street, Harrisburg, PA 17102-1419 |
| 13644214 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 51178, Los Angeles, CA 90051-5478 |
| 13625939 | + | Arcadia Recovery Bureau, PO BOX 6768, Wyomissing, PA 19610-0768 |
| 13557409 | + | Capital One c/o, Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 13557410 | + | Cenlar, PO Box 77404, Ewing, NJ 08628-6404 |
| 13557412 | + | City of Philadelphia, Traffic Court, 800 Spring Garden Street, Philadelphia, PA 19123-2690 |
| 13557413 | + | ConServe, 200 CrossKeys Office Park, Fairport, NY 14450-3510 |
| 13838721 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13557418 | + | HSBC Bank, PO Box 9, Buffalo, NY 14240-0009 |
| 13621691 | + | HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 13557417 | + | Homebridge Financial Services c/o, KLM Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14246537 | + | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14415806 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Shellpoint Mortgage Servicing, c/o MICHAEL J. SHAVEL, Hill Wallack, LLP, 777 Township Line Road, Suite 250 Yardley, PA 19067-5565 |
| 13573376 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 13557420 | + | Performant Financial, 333 N. Canyon Parkway, Livermore, CA 94551-9478 |
| 13579989 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Phila pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13557425 | + | Xerox Solutions, 100 American Metro, Blvd #101, Trenton, NJ 08619-2319 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2021 06:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13574984 | + | Email/Text: g20956@att.com | Jan 20 2021 06:53:00 | AT&T Mobility II LLC, % AT&T Services, Inc, Karen Cavagnaro, Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 13596115 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 20 2021 07:01:11 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13557408 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 07:02:03 | Capital One, PO Box 85520, Richmond, VA 23285 |
| 13652066 | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13557411 | + | Email/Text: bankruptcy@philapark.org | Jan 20 2021 06:53:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 13557414 | + | Email/Text: bankruptcynotices@dcicollect.com | Jan 20 2021 06:53:00 | Diversified Consultant, 10550 Deerwood Park Blvd., Jacksonville, FL 32256-0596 |
| 13557415 | + | Email/Text: bankruptcynotices@dcicollect.com | Jan 20 2021 06:53:00 | Diversified Consultants, 10550 Deerwood Park Blvd. 309, Jacksonville, FL 32256-2805 |
| 13601601 | + | Email/Text: BKRMailOps@weltman.com | Jan 20 2021 06:52:00 | FCDB NPSL TRUST 2010-1, C/O WELTMAN, WEINBERG & REIS CO., LPA, P.O. BOX 93784, CLEVELAND, OH 44101-5784 |
| 13557419 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 20 2021 06:51:00 | Internal Revenue, Centralized Insolvency Operations, PO Box 21126, Philadelphia, PA 19114 |
| 13557421 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2021 07:02:07 | Portfolio Recovery, 120 Corporate Blvd., Suite 1, Norfolk, VA 23502 |
| 13578797 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2021 06:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13580284 | + | Email/Text: bankruptcy@philapark.org | Jan 20 2021 06:53:00 | Philadelphia Parking Authority, 701 Market St., Suite 5400, Philadelphia, PA 19106-2895 |
| 13580783 | | Email/Text: appebnmailbox@sprint.com | Jan 20 2021 06:52:00 | Sprint, Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 13557422 | | Email/Text: appebnmailbox@sprint.com | Jan 20 2021 06:52:00 | Sprint, P.O. Box 4181, Carol Stream, IL 60197-4181 |
| 13557423 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 20 2021 06:51:00 | Verizon, 500 Technology Drive, Suite #30, Weldon Spring, MO 63304-2225 |
| 13557424 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 20 2021 06:51:00 | Verizon Communication, PO Box 49, Lakeland, FL 33802-0049 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13711468 | *+ | Internal Revenue Service, PO Box 7346, Phila., PA 19101-7346 |
| 13557416 | ##+ | Eastern Account System, 75 Glen Road, Suite #110, Sandy Hook, CT 06482-1175 |
| 13582712 | ##+ | Robert N. Braverman, Esquire, Law Office of Robert Braverman, LLC, 1060 N. Kings Hwy., Suite #333, Cherry Hill, NJ 08034-1910 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021        Signature:        /s/Joseph Speetjens

Case 15-14736-elf  Doc 96  Filed 01/21/21  Entered 01/22/21 01:07:43  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 38 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor HomeBridge Financial Services Inc. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| MICHAEL J. SHAVEL | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mshavel@hillwallack.com skenny@hillwallack.com;lharkins@hillwallack.com |
| MICHAEL J. SHAVEL | on behalf of Creditor New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing mshavel@hillwallack.com, skenny@hillwallack.com;lharkins@hillwallack.com |
| REBECCA ANN SOLARZ | on behalf of Creditor HomeBridge Financial Services Inc. bkgroup@kmllawgroup.com |
| ROBERT NEIL BRAVERMAN | on behalf of Debtor Patrick T Daley Sr. rbraverman@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| THOMAS I. PULEO | on behalf of Creditor HomeBridge Financial Services Inc. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Patrick T Daley, Sr.
      Debtor(s)                                      Bankruptcy No: 15−14736−elf
                                                                 Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                          900 Market Street
                              Suite 400
                        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                       For The Court
                                                      Timothy B. McGrath
                                                         Clerk of Court

Dated: 1/19/21

                                                                                                     95 − 94
                                                                                              Form 138_new