*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                                  : Chapter 13

Patrick T Daley, Sr.                                                              : Case No. 15–14736–elf
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , February 19th, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                   By The Court

                                               Eric L. Frank
                                               Judge , United States Bankruptcy Court